# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** III  **Investigating Agency** SSA-OIG

**City** Quincy

**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☒ No

Defendant Name: Crystal Gesumaria    Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name: _____

Address: 109 Water Street, Quincy, MA 02169

Birth date (Yr only): 1983   SSN (last 4#): 0102   Sex: F   Race: Unknown   Nationality: U.S.A.

**Defense Counsel if known:** Julie-Ann Olson   Address: 51 Sleeper Street, 5th Floor

Bar Number: 661464                          Boston, MA 02210

**U.S. Attorney Information**

AUSA: James J. Nagelberg            Bar Number if applicable: 675656

**Interpreter:** ☐ Yes  ☒ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☒ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty _____  ☒ Misdemeanor 1  ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/21/2024       Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Crystal Gesumaria

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 641 | Theft of Government Money - Misdemeanor | 1 |
| Set 2 | 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**